IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 11-1224 |
| ) | |
| A .45 CALIBER LLAMA SEMI- ) | |
| AUTOMATIC PISTOL, S/N 71040252903, ) | |
| ) | |
| Defendant. ) | |

JUDGMENT AND FINAL ORDER OF FORFEITURE

AND NOW, this 5th day of Jan , 2012, it is hereby ORDERED, ADJUDGED, and DECREED that the 45 caliber Llama semi- automatic pistol, S/N 71040252903 that is the subject of the forfeiture action at Civil Action No. 11-1224 be, and hereby is, forfeited to the United States of America free and clear of all right, title and interest of any person or entity.

The Clerk shall mark this case closed.

_____ J.